IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EVERBANK CORP.,               )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      1:09cv1101-MHT
                              )          (WO)
TROY NORMAN MARTIN, et al.,   )
                              )
    Defendants.               )
```

## JUDGMENT

There being no objection within the time allowed, it is the ORDER, JUDGMENT, and DECREE of the court that defendant State of Alabama Department of Human Resources' motion to dismiss (doc. no. 40) is granted and that defendant State of Alabama Department of Human Resources and the claims against it are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of April, 2010.

                              /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE