IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
EVERBANK CORP.,                )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      1:09cv1101-MHT
                               )          (WO)
TROY NORMAN MARTIN, et al.,    )
                               )
     Defendants.               )
```

JUDGMENT

In this interpleader action, plaintiff EverBank Corporation having been discharged and released from further liability or duty with respect to the interpled funds and the answering defendants having resolved how the interpled funds should be disbursed, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to settle interpleader action (doc. no. 43) is granted.

(2) Judgment is entered in favor of defendant Regions Bank as to the interpled funds deposited with the court.

    (3) The clerk of the court is to disburse the deposited funds to defendant Regions Bank.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The clerk is to close this case.

DONE, this the 11th day of May, 2010.

                       /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE