```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


EVERBANK CORP.,                )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )        1:09cv1101-MHT
                               )             (WO)
TROY NORMAN MARTIN, et al.,    )
                               )
    Defendants.                )
```

## JUDGMENT

It is ORDERED as follows:

(1) The joint motion regarding settlement of attorney's fees (doc. no. 47) is granted.

(2) The renewed motion to discharge and for award of attorney's fees (doc. no. 45) is granted.

(3) Paragraph (3) in the final judgment (doc. no. 44) is amended to reflect that the clerk of the court is to disburse the deposited funds as follows: (a) $ 2000 of the deposited funds is to be paid to B. Andrew Monaghan, Attorney, LLC, as counsel for plaintiff EverBank Corporation; and

    (b) the remainder of the deposited funds is to be paid to defendant Regions Bank.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of May, 2010.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE